UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ANDREW JONES,                          :
               Petitioner,            :
                               :
          v.                                  :          No. 2:19-cv-1685
                               :
THE DISTRICT ATTORNEY OF THE            :
COUNTY OF PHILADELPHIA and THE          :
ATTORNEY GENERAL OF THE STATE OF        :
PENNSYLVANIA,                          :
               Respondents.           :

_____

# O R D E R

     **AND NOW**, this 21st day of September, 2020, for the reasons set forth in the Opinion

issued this date, **IT IS HEREBY ORDERED THAT:**

     1.     The Petitioner's objections to the Report and Recommendation, *see* ECF No. 29,

are **OVERRULED.**

     2.     The Report and Recommendation, *see* ECF No. 22, is **APPROVED and**

**ADOPTED.**

     3.     The petition for a writ of habeas corpus, *see* ECF No. 2, is **DENIED and**

**DISMISSED.**

     4.     The Petitioner's motion for discovery, *see* ECF No. 31, is **DISMISSED, as moot.**

     5.     This case is **CLOSED.**

     6.     There is no basis for the issuance of a certificate of appealability.

                                 BY THE COURT:

                                 */s/ Joseph F. Leeson, Jr.*_____
                                 JOSEPH F. LEESON, JR.
                                 United States District Judge