UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW JONES,<br>           Petitioner,<br><br>v.<br><br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, *et al*.<br><br>           Respondents. | :<br>:<br>:<br>:   No. 2:19-cv-1685<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 28th day of November, 2022, upon consideration of Petitioner Andrew Jones's Unopposed Motion to Suspend the Briefing Schedule and to Hold These Proceedings in Abeyance Pending Exhaustion of the Newfound Grounds For Relief, it is hereby **ORDERED** AS FOLLOWS:

1. The motion, ECF No. 62, is **GRANTED**;

2. These proceedings are in abeyance pending exhaustion of the newfound grounds for relief in state court; and

3. Petitioner shall report to this Court within 20 days of the resolution of the state court proceedings.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge